ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENNY GENE POWELL, JR., <br> Petitioner, <br> v. <br> MICHAEL MARTEL, Warden, <br> Respondent. | Case No. EDCV 10-00582 GAF (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: May 6, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY